# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WESLEY J. COLEMAN, | ) | NO. CV 08-7624-DDP(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| PAT VASQUES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

The court has ordered that the federal petition filed in this action by a state prisoner be dismissed pursuant to 28 U.S.C. § 2244(b), because it is a successive petition, and there is no authorizing order from the Court of Appeals.

ACCORDINGLY, IT IS HEREBY ADJUDGED that this petition is dismissed.

DATED: May 27, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE